FILED

July 06, 2011

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003612182

ROBERT HAWKINS #131159
CHAPTER 7 TRUSTEE
1849 NORTH HELM, SUITE 110
FRESNO, CALIFORNIA 93727
(559) 255-0555

Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of | Case No. 11-12395-A-7F |
| ANTONIO FREITAS and MARY JO FREITAS, | DC No. RHT-1 |
| | **TRUSTEE'S MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY** 11 U.S.C. §363 |
| | Date: August 10, 2011 |
| Debtors. | Time: 9:00 a.m. |
| _____/ | Dept: A |

**TO THE HONORABLE WHITNEY RIMEL, UNITED STATES BANKRUPTCY JUDGE:**

Robert Hawkins respectfully represents:

1.      He is the duly appointed, qualified, and acting trustee of the above-entitled estate.

2.      The above-captioned case was filed under Chapter 7 on or about February 28, 2011, and Robert Hawkins was appointed Chapter 7 Trustee.

3.      This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. §1334(a). This is a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363.

4.      Among the assets of this estate is non exempt equity in a 1993 GMC 1500 truck with a fair market value of approximately $1,170.00.

5.    The Trustee has received an offer from the debtors, Antonio Freitas and Mary Jo Freitas, to purchase the vehicle equity for the total sum of $1,000.00. The funds have been received by the estate.

6.    In deciding to accept the proposed offer, the Trustee took into consideration the fair market values of the vehicle, the costs associated with taking possession of, storing, and selling the vehicle at auction, and the debtors' allowed vehicle exemption in the amount of $170.00.   The Trustee does not believe that the estate would net a higher amount from an auction sale of the vehicle.

7.    The Trustee believes that sale of the above-described property on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE**, the Trustee prays that after appropriate notice and opportunity to be heard, he be authorized to sell the above-described assets to the debtors, Antonio Freitas and Mary Jo Freitas, for the total sum of $1,000.00.

**DATED**: July 5, 2011

/S/Robert Hawkins
ROBERT HAWKINS,
Chapter 7 Trustee